# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff

v.

TRACEY L. CARUTHERS nka TRACEY L. ARRINGTON
        Defendant(s)

Civil Action No: 10-0713
(Lancaster)

## ORDER

AND NOW, this 26th day of May, 2011, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on April 25, 2011 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to RANDY SPRANKLE & BRENDA SPRANKLE, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of TRACEY L. CARUTHERS nka TRACEY L. ARRINGTON in and to the premises sold located at 521 Franklin Avenue, Vandergriff, PA 15690.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                                        _____ J.